UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---------------------------------------------------------x

MARLON JACKSON,                                  :
                                                 :          Case No.: 3:25-cv-00720-JWD-EWD
                        Plaintiff,               :
                                                 :          Judge: Hon. John W. deGravelles
vs.                                              :
                                                 :          Magistrate: Hon. Erin Wilder-Doomes
RANDOLPH PROPERTY GROUP                          :
MAIN ST. BATON ROUGE, L.L.C.,                    :
                                                 :
                        Defendant.               :

---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii),

by and between the undersigned attorneys of record, that the above-captioned proceeding be, and

hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to

any party against any other.

Respectfully Submitted, this 20th day of January, 2026.

By:/s/ Andrew D. Bizer                          By:/s/ Thomas R. Peak
   **ANDREW D. BIZER**                              **THOMAS R. PEAK**

**BIZER & DEREUS, LLC**                          **TAYLOR, PORTER, BROOKS**
Andrew D. Bizer, Bar No. 30396                   **& PHILLIPS L.L.P.**
Garret S. DeReus, Bar No. 35105                  THOMAS R. PEAK (LA #14300)
Eva M. Kalikoff, Bar No. 39932                   TOM.PEAK@TAYLORPORTER.COM
3319 St. Claude Avenue                           450 LAUREL STREET, 8TH FLOOR (70801)
New Orleans, Louisiana 70112                     P.O. BOX 2471
Telephone:    (504) 619-9999                     BATON ROUGE, LOUISIANA 70821-2471
Facsimile:    (504) 948-9996                     TELEPHONE: (225) 387-3221
Email:        andrew@bizerlaw.com                FACSIMILE: (225) 346-8049
              gdereus@bizerlaw.com               *Counsel for Defendant Randolph Property*
              eva@bizerlaw.com                   *Group Main St. Baton Rouge, LLC*
*Counsel for Plaintiff Marlon Jackson*